UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIX,<br><br>          Plaintiff,<br><br>     v.<br><br>NAZIM,<br><br>          Defendant. | 1:15 cv-00445-SKO (PC)<br><br>**ORDER TO FILE REGULAR CIVIL APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $400.00 FILING FEE WITHIN THIRTY DAYS**<br><br>(Doc. 2) |

Plaintiff, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 13, 2015.  Plaintiff seeks leave to proceed in forma pauperis but he failed to file the proper form or sign his own form under penalty of perjury.  Accordingly, IT IS HEREBY ORDERED that:

   1.     The Clerk's Office shall send plaintiff the attached regular civil application to proceed in forma pauperis;

   2.     Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the completed and signed regular civil application to proceed in forma pauperis or, in the alternative, pay the $400.00 filing fee for this action; and

   3.     **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:     **March 24, 2015**                           **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

1